In re Freeholder's Petition of Leland J. Greving et al.
Leland J. Greving et al., Appellees, v. Donald D. Hodwalker et al., Appellants.
In re Freeholder's Petition of Robert Manning et al.
Robert Manning et al., Appellees, v. Donald D. Hodwalker et al., Appellants.
In re Freeholder's Petition of Robert E. Husmann.
Robert E. Husmann, Appellee, v. Donald D. Hodwalker et al., Appellants.
187 N. W. 2d 647

Filed June 11, 1971. Nos. 37834, 37835, 37836.

John E. Dougherty, for appellants.

Sampson & Armatys and Perry, Perry & Witthoff, for appellees.

Robert G. Simmons, Jr., for amicus curiae.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SPENCER, J.

These appeals, while separately tried, were briefed and argued with Bader v. Hodwalker, 187 Neb. 138, 187 N. W. 2d 645. They involved exactly the same issue presented therein. Our holding in that case is therefore determinative of these appeals. We affirm the respective judgments herein.

AFFIRMED.